# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY,

               Plaintiff,

vs.

JONES/WINDMILL, LLC, *et al.*,

               Defendants.

Case No. 2:12-cv-00452-JCM-GWF

**ORDER**

The Court has received the parties' Stipulated Discovery Plan and Scheduling Order (#25) filed July 26, 2012. The proposed Order before the Court does not comply with the requirements of LR 26-1. LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. The 180 days is measured from the date the first defendant answered or otherwise appeared. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply. Even though the proposed Order does not expressly request discovery beyond 180 days, the proposed Scheduling Order before the Court actually requests 220 days from the date the first defendant appeared, July 2, 2012, until February 8, 2013. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Discovery Plan and Scheduling Order (#25) is **denied**, without prejudice.

. . .

. . .

. . .

. . .

1
2    **IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and
3 Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling review,
4 within ten (10) days of the date of this order.
5    DATED this 27th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge