1

2

3

4

5

6                                    **UNITED STATES DISTRICT COURT**

7                                          **DISTRICT OF NEVADA**

8    BRANCH BANKING AND TRUST                          2:12-CV-452 JCM (GWF)
     COMPANY,
9
                      Plaintiff(s),
10

11   v.

12   JONES/WINDMILL, LLC, et al.,

13                     Defendant(s).

14

15                                                **ORDER**

16        Presently before the court is defendants' motion to reinstate this court's order granting leave

17   to file an amended answer.  (Doc. # 61).

18        The court granted defendants' original motion to extend time and file an amended answer

19   on January 23, 2013.  (Doc. # 44).  The following day, and before defendants filed their amended

20   answer, the court granted plaintiffs' motion to stay proceedings.  (Doc. # 45).  The stay was lifted

21   on September 3, 2013.  (Docket # 54).  Defendants now seek to have the court's order (doc. # 44)

22   reinstated, so that they may file an amended answer.  Plaintiffs have not responded and the deadline

23   to do so has expired.

24        With good cause appearing,

25        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to

26   reinstate this court's order (doc. # 61) be, and the same hereby is, GRANTED.

27

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that defendants have ten (10) days from the publication of this

2  order to file the answer attached to their motion as exhibit 1.

3    DATED December 3, 2013.

4

5  _____

   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                          - 2 -