UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>                     Plaintiff(s),<br><br>    v.<br><br>JONES/WINDMILL, LLC, et al.,<br><br>                     Defendant(s). | Case No. 2:12-CV-452 JCM (GWF)<br><br>ORDER |

      Presently before the court is plaintiff Branch Banking and Trust Co.'s ("BB&T") emergency motion for clarification of order regarding trial. (Doc. # 125).

      The instant case is currently scheduled for calendar call on August 5, 2015, with a jury trial set to begin on August 10, 2015. (Doc. # 121). On August 5, 2014, the court granted plaintiff's motion for summary judgment as to all issues except the fair market value of the property at the time of the trustee's sale. (Doc. # 97 at 7). The court granted plaintiff's motion for a deficiency hearing, to the extent that the motion requested a valuation hearing. (*Id.* at 8).

      Plaintiff has filed the instant motion seeking clarification on what issues the jury will determine at trial. (Doc. # 125 at 2). Plaintiff asserts that the jury should be limited to determining damages only, and the court should decide the fair market value of the subject property. Defendants believe that the jury should determine damages and the fair market value. (*Id.*).

      To allow the court adequate time to review the briefs prior to trial, the court will hereby accelerate the briefing schedule.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants shall file any response to plaintiff's emergency motion for clarification of order regarding trial (doc. # 125) **by Monday, July 27, 2015, at 12:00 pm**. Plaintiff shall file any reply by **Wednesday, July 29, 2015, at 12:00 pm**.

DATED July 22, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -