BART K. LARSEN, ESQ.
Nevada Bar No. 008538
JANET L. ROSALES, ESQ.
Nevada Bar No. 010736
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  blarsen@klnevada.com
         jrosales@klnevada.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JONES/WINDMILL, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:12-cv-00452-JCM-GWF<br><br>**STIPULATION** |

　　　　Plaintiff BRANCH BANKING AND TRUST COMPANY ("BB&T" or "Plaintiff"), by and through its counsel of record, and Defendants JONES/WINDMILL, LLC; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; and D.M.S.I., L.L.C., (collectively "Defendants"), by and through their counsel of record,

1920865 (8237-11)　　　　　　　　　　　　　Page 1 of 2

hereby stipulate to continue the evidentiary hearing scheduled to take place before the Honorable Magistrate Judge George Foley, Jr. on August 31, 2015 pursuant to the Minute Order [Document 148] enter by the Court on August 11, 2015 and respectfully request that the Court reset said evidentiary hearing for <u>October 6, 2015.</u> **to begin at 9:30 a.m.**

The Parties request this continuance due to the fact that Defendants and Defendants' counsel are required to be in Phoenix, Arizona from August 31, 2015 through September 2, 2015 to attend trial in a separate action pending in the Superior Court of Arizona, Maricopa County, Case No. CV 2012-009373 (*Wells Fargo Bank, N.A. v. Yoel Iny, et al.*). The Parties enter into this Stipulation in good faith and not for the purpose of delay.

DATED this 20th day of August, 2015.

**KOLESAR & LEATHAM**

By_____
BART K. LARSEN, ESQ..
JANET L. ROSALES, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants

DATED this 14 day of August, 2015.

**HOLLAND & HART**

By_____
JEREMY J. NORK, ESQ.
NICOLE E. LOVELOCK ESQ.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Attorneys for Plaintiff

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: August 24, 2015

Respectfully Submitted:
**KOLESAR & LEATHAM**

By: _____
BART K. LARSEN, ESQ.
JANET L. ROSALES, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Attorneys for Defendants