UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>  Plaintiff(s),<br><br>  v.<br><br>JONES/WINDMILL, LLC, et al.,<br><br>  Defendant(s). | Case No. 2:12-CV-452 JCM (GWF)<br><br>ORDER |

Presently before the court is plaintiff Branch Banking and Trust Company and defendants Jones/Windmill, LLC, et al.'s stipulation to facts regarding the sale price garnered at the trustee's sale. (Doc. # 138).

The parties stipulate to the fact that the real property that is the subject of this litigation was sold at a non-judicial trustee's sale to the plaintiff for a credit bid in the amount of $296,000. The parties did not include an order with the stipulation, so it was not granted. Since filing the stipulation, the parties have each submitted documents indicating that they agree to the foregoing facts regarding the trustee's sale. (*See, e.g.*, doc. ## 162, 163). The parties also attended an evidentiary hearing conducted by Judge Foley in which there was no dispute about the trustee's sale facts. (*See* doc. ## 156, 159). The stipulation is thus moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' stipulation to facts regarding the sale price garnered at the trustee's sale (doc. # 138) be, and the same hereby is, DENIED as moot.

DATED February 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**