1  BART K. LARSEN, ESQ.
   Nevada Bar No. 8538
2  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
3  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
4  Facsimile: (702) 362-9472
   E-Mail: blarsen@klnevada.com
5

6  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JONES/WINDMILL, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00452-JCM-GWF |

### STIPULATED ORDER TO VACATE JUDGMENT AND TO DISMISS ACTION WITH PREJUDICE

Plaintiff BRANCH BANKING AND TRUST COMPANY ("BB&T" or "Plaintiff"), by and through its undersigned counsel of record, and Defendants JONES/WINDMILL, LLC, YOEL INY, NOAM SCHWARTZ, YOEL INY as Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, NOAM SCHWARTZ as Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999, and D.M.S.I., L.L.C. (collectively "Defendants"), by and through their

1 undersigned counsel of record, hereby stipulate and agree to the entry of this Stipulated Order by this Court providing as follows:

1. The Judgment entered in this action in favor of BB&T and against Defendants on July 7, 2016 [ECF No. 169] in the amount of $908,900.07 is hereby vacated;

2. The Judgment entered in this action in favor of BB&T and against Defendants on December 15, 2017 [ECF No. 204] awarding BB&T attorney fees in the amount of $180,270.43 is hereby vacated;

3. All claims and counterclaims asserted in this action are hereby dismissed with prejudice; and

4. The parties shall each bear their own attorney fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

DATED this 19th day of December, 2017.   DATED this 19th day of December, 2017.

**HOLLAND & HART LLP**                   **KOLESAR & LEATHAM**

By   /s/                                 By   /s/
 JEREMY J. NORK, ESQ.                     BART K. LARSEN, ESQ.
 FRANK Z. LAFORGE, ESQ.                   400 South Rampart Boulevard, Suite 400
 5441 Kietzke Lane, Second Floor          Las Vegas, Nevada 89145
 Reno, Nevada 89511

*Attorneys for Plaintiff*                *Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2017